UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Dale L. Hinkle** ) | Case No: 4:16-cv-01257-JRA |
| ) | |
| Plaintiff ) | |
| ) | |
| **vs.** ) | |
| ) | **NOTICE OF PLAINTIFFS' DISCLOSURE OF EXPERT** |
| ) | |
| **Harbor Freight Tools, et al.** ) | |
| ) | |
| Defendant ) | |

Plaintiffs hereby identify their liability expert as Alvaro D. Taveira, PhD, CSP, CPE. The report of said expert has been forwarded to defendant's counsel on October 20, 2016.

Respectfully submitted,

/s/ *Ilan Wexler, Esq.*
ILAN WEXLER (#0005859)
ADAM L. SPERLING (#0062943)
Attorneys for Plaintiff
Anzellotti, Sperling, Pazol & Small Co. L.P.A.
21 N. Wickliffe Circle
Youngstown, Ohio 44515
Phone: (330) 792-6033 / Fax: (330) 793-3384
iwexler@aspands.com
asperling@aspands.com

## CERTIFICATION

A copy of the foregoing Notice was filed electronically this 20th day of October 20, 2016. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      */s/ Ilan Wexler*
                                                      ILAN WEXLER (#0005859)
                                                      ADAM L. SPERLING (#0062943)
                                                      Attorneys for Plaintiff